IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SUE VEAL CARLTON,

    Plaintiff,

vs.                                              CASE NO. 5:10cv203/RS-GRJ

JAMES DEWEY VEAL and CHARLES
DAVID VEAL, as Successor Co-Trustees
of the Veal Family Trust UDA June 2, 1993,

    Defendants.
_____/

## ORDER

Defendants' Motion For Reconsideration (Doc. 19) is **denied**.

**ORDERED** on January 6, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**